468

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MILFORD G. MAYNARD, Defendant-Appellant.

(No. 58869;

First District (2nd Division)—December 3, 1974.

Opinion by Mr. JUSTICE LEIGHTON.

James J. Doherty, Public Defender, of Chicago (Leonard V. Solomon, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.